# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 15, 2025

Lyle W. Cayce
Clerk

————————

No. 24-60654

————————

Nexstar Media Group, Incorporated, KDVR-TV/KWGN-TV,

*Petitioner*,

*versus*

National Labor Relations Board,

*Respondent*.

———————————————————

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 27-CA-342708

———————————————————

Before Dennis, Graves, and Duncan, *Circuit Judges*.

Per Curiam:[*]

ENFORCED. *See* 5th Cir. R. 47.6.

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.